**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio Ivan CERVANTES–MORALES,**
**Defendant–Appellant.**

No. 00–10536.

D.C. No. CR–00–01019–ACM.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001[1].

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ and WARDLAW, Circuit Judges.

MEMORANDUM[2]

Sergio Ivan Cervantes–Morales appeals the judgment of conviction and 37–month sentence imposed after his guilty plea to being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Cervantes–Morales contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) because the government neither pled in the indictment nor established through the guilty plea that Cervantes–Morales had sustained a prior conviction for an aggravated felony. He also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000), *as amended* (Feb. 8, 2001), *cert. denied*, —— U.S. ——, 121 S.Ct. 1503, —— L.Ed.2d —— (2001).

AFFIRMED.

---

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.